```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION
```

**SHARON MARIE DORSEY,**

       **Plaintiff,**

  vs.                                        Civil Action 2:14-cv-1604
                                                    Judge Smith
                                                    Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

## ORDER

On February 19, 2015, the United States Magistrate Judge recommended that this action be dismissed for failure to prosecute. *Report and Recommendation*, ECF 19. Although the parties were advised of their right to object to that recommendation and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, ECF 19, is **ADOPTED AND AFFIRMED**. This action is hereby **DISMISSED** for failure to prosecute.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** accordingly.

                                                  *s/George C. Smith*
                                                 **George C. Smith, Judge**
                                                 **United States District Court**